# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

|  |  |
|---|---|
| DAVID K. and DEBRA L. BAILEY, *ET AL.*, | : |
| Plaintiffs, | : CASE NO. 1:19-cv-00595-GLR |
| v. | : |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., | : |
| Defendant. | : |

## STIPULATED BRIEFING SCHEDULE

Plaintiffs and Defendant Sierra Pacific Mortgage Company, Inc. ("Sierra Pacific"), by and through their undersigned counsel, pursuant to Local Rule 105(9), hereby stipulate to, and respectfully request that the Court approve, an extension of time for Sierra Pacific to respond to the Amended Complaint [Dkt. #10], and the following briefing schedule with respect to Sierra Pacific's anticipated Motion to Dismiss the Amended Complaint:

1. Plaintiffs filed their Amended Complaint on April 25, 2019, thereby mooting Sierra Pacific's pending Motion to Dismiss [Dkt. #8].

2. Pursuant to Federal Rule of Civil Procedure 15, Sierra Pacific currently has until May 9, 2019, to file a motion to dismiss or otherwise respond to the Amended Complaint.

3. Sierra Pacific anticipates filing a motion to dismiss the Amended Complaint.

4. The Parties have agreed to a briefing schedule so that they both may fully address the issues raised by the Amended Complaint and Sierra Pacific's anticipated Motion to Dismiss.

5. Accordingly, the Parties have agreed that Sierra Pacific shall file its Motion to Dismiss or otherwise respond to the Amended Complaint on or before May 28, 2019.

6. The Parties have further agreed that Plaintiffs shall file their Brief in Opposition on or before June 18, 2019.

7. The Parties have further agreed that Sierra Pacific shall file its Brief in Reply on or before July 2, 2019.

8. The Parties have further agreed that either party may seek to amend this schedule for good cause.

**WHEREFORE**, the Parties respectfully request that the Court issue an Order approving the briefing schedule as set forth above.

5/1/19

George L. Russell, III
United States District Judge