## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| DAVID K. and DEBRA L. BAILEY, *ET AL.*, | : |
| | : |
| Plaintiffs, | :   CASE NO. 1:19-cv-00595-GLR |
| | : |
| v. | : |
| | : |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., | : |
| | : |
| Defendant. | : |
| | : |

### DEFENDANT SIERRA PACIFIC'S MOTION TO DISMISS

Defendant Sierra Pacific Mortgage Company, Inc. ("Sierra Pacific"), by and through its undersigned counsel and Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Amended Complaint [Dkt. # 10] filed by Plaintiffs Nanette Walls ("Walls"); Thomas Scott and Patricia Cronin (the "Scotts"); William C. and Heller Batton (the "Battons"); Gregory Dopkowski, Sr. ("Dopkowski"); Samuel and Beverly Patterson, Jr. (the "Patterson Parents"); Raheim and Syreeta Patterson (the "Pattersons"); and Arnold N. and Lois A. Welsh, Jr. (the "Welshes") (collectively, "Plaintiffs"), for the reasons set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE, Sierra Pacific respectfully requests that Plaintiffs' Amended Complaint be dismissed with prejudice, and for such other relief as the Court may deem appropriate.

Respectfully submitted,


Dated: May 28, 2019                    By:  */s/ Michael Y. Kieval*
                                            Michael Y. Kieval (No. 17966)
                                            Joseph M. Katz (No. 19590)
                                            WEINER BRODSKY KIDER PC
                                            1300 Nineteenth Street, NW, Fifth Floor
                                            Washington, DC  20036
                                            Tel:  (202) 628-2000
                                            Fax:  (202) 628-2011
                                            Email: kieval@thewbkfirm.com
                                                   katz@thewbkfirm.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of May, 2019, a copy of the foregoing Motion to Dismiss and its attachments were filed electronically via the CM/ECF system, which will provide electronic notice to counsel of record for all Parties.


May 28, 2019                                                      */s/ Michael Y. Kieval*
                                                                     Michael Y. Kieval