IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **DAVID and DEBRA BAILEY, et al,** *Plaintiffs*, v. **SIERRA PACIFIC MORTGAGE COMPANY, INC.,** *Defendant*. | Civil Action No.: 1:19-cv-00595-GLR |

**PLAINTIFFS' MOTION TO STRIKE
DEFENDANT SIERRA PACIFIC MORTGAGE COMPANY INC.'S
RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Fed. R. Civ. P. 12(f), L.R. 105.2(a) and the Court's inherent authority, Plaintiffs Nanette Walls, Thomas and Patricia Cronin, William and Heller Batton, Gregory Dopkowski, Sr., Arnold and Lois Welsh, Jr., Samuel and Beverly Patterson, Jr., and Raheim, and Syreeta Patterson, move to strike Defendant Sierra Pacific Mortgage Company Inc.'s Response to Plaintiffs' Notice of Supplemental Authority.  Defendant's Response is an improper surreply impermissibly filed without leave of court. L.R. 105.2(a). Plaintiffs' Notice of Supplemental Authority (ECF Dckt. No. 17) presented no argument and was appropriately limited to drawing the Court's attention to *Somerville v. W. Town Bank & Tr.*, No. PJM 19-0490, 2019 U.S. Dist. LEXIS 200991 (D. Md. Nov. 19, 2019) issued after the close of briefing on Defendant's motion to dismiss.  Defendant has established no basis for a surreply and the Notice of Supplemental Authority provides no justification for one. For these reasons, more fully discussed in the accompanying Memorandum of Law, Plaintiffs' respectfully request the Court grant the motion, striking Defendant's Response, ECF Dckt. No. 18.

Dated: January 7, 2020                             Respectfully submitted,


_____/s/_____          _____/s/_____
Timothy F. Maloney, Esq. #03381              Michael Paul Smith, Esq. #23685
Veronica B. Nannis, Esq. #15679              Melissa L. English, Esq. #19864
Megan A. Benevento, Esq. #19883              Smith, Gildea & Schmidt, LLC
Joseph, Greenwald & Laake, P.A.              600 Washington Avenue, Suite 200
6404 Ivy Lane, Suite 400                     Towson, Maryland 21204
Greenbelt, Maryland 20770                    (410) 821-0070 / (410) 821-0071 (fax)
(301) 220-2200 / (301) 220-1214 (fax)        Email: mpsmith@sgs-law.com
Email: tmaloney@jgllaw.com                   menglish@sgs-law.com
vnannis@jgllaw.com                           *Counsel for Plaintiffs and Class Members*
mbenevento@jgllaw.com
*Co-Counsel for Plaintiffs and Class Members*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2020, a copy of the foregoing Plaintiffs' Motion to Strike Defendant Sierra Pacific Mortgage Company Inc.'s Response to Plaintiffs' Notice of Supplemental Authority, accompanying Memorandum of Law and Proposed Order were served via this Court's CM/ECF system to counsel of records for all parties.

_____/s/_____
Melissa L. English, Esq.  #19864