**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| NANETTE WALLS, *et al.*, | : |
| | : |
| Plaintiffs, | :   CASE NO. 1:19-cv-00595-GLR |
| | : |
| v. | : |
| | : |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., | : |
| | : |
| Defendant. | : |
| | : |

**JOINT MOTION REQUESTING EARLY SETTLEMENT CONFERENCE
AND STAY PENDING MEDIATION**

Pursuant to the Court's February 22, 2021 Scheduling Order (Dkt. 35), the Parties jointly request that this case be referred for an early settlement conference before a Magistrate Judge.  The Parties wish to engage in settlement discussions and believe that doing so now could potentially allow for an earlier and more-efficient resolution of this case than if such discussions are delayed until later in the case.

The Parties also respectfully request that the Court stay the case, including discovery and any current deadline, pending the Parties' efforts at mediating an early resolution to this case.  A stay would save the Parties the time, effort, and expense of conducting discovery and litigating which could become unnecessary if the Parties reach an early settlement.  Similarly, a stay would serve judicial economy by ensuring that the Court need not devote time to issues in this litigation which would become moot if the Parties are able to reach an early settlement.

The Parties propose that they submit a report to the Court within 14 days after their settlement conference as to the status of settlement discussions and whether the Parties anticipate being able to reach an early resolution and/or whether additional time to negotiate could be fruitful. If, after that time, the Parties conclude that they likely cannot reach an early resolution, they will confer in good faith to prepare a revised scheduling order and discovery schedule for submission to the Court.

Dated: March 11, 2021

Respectfully submitted,

*/s/ Michael Y. Kieval*
Michael Y. Kieval (No. 17966)
Joseph M. Katz (No. 19590)
Weiner Brodsky Kider PC
1300 Nineteenth Street, NW, Fifth Floor
Washington, DC  20036
Tel:  (202) 628-2000
Fax:  (202) 628-2011
Email: kieval@thewbkfirm.com
        katz@thewbkfirm.com

*Counsel for Defendant Sierra Pacific Mortgage Co., Inc.*

*/s/ Melissa L. English*
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
        menglish@sgs-law.com

Timothy F. Maloney, Esq. #03381
Veronica B. Nannis, Esq. #15679
Megan A. Benevento, Esq. #19883
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400

Greenbelt, Maryland 20770
(301) 220-2200 / (301) 220-1214 (fax)
Email: tmaloney@jgllaw.com
       vnannis@jgllaw.com
       mbenevento@jgllaw.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2021, a copy of the foregoing **JOINT MOTION REQUESTING EARLY SETTLEMENT CONFERENCE AND STAY PENDING MEDIATION** was filed electronically via the Court's CM/ECF system, which will provide electronic notice to counsel of record for all Parties.


March 11, 2021                                          *Michael Y. Kieval*_____