## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| NANETTE WALLS, *et al.*, | : | |
| | : | |
| | : | CASE NO. 1:19-cv-00595-GLR |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SIERRA PACIFIC MORTGAGE COMPANY, INC., | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## [PROPOSED] ORDER

Upon consideration of the Parties Joint Motion Requesting Early Settlement Conference and Stay Pending Mediation, and for good cause shown, it is hereby:

ORDERED, that this case shall be referred to a Magistrate Judge for a settlement conference;

ORDERED, that the case and all case deadlines are hereby stayed pending mediation;

ORDERED, that within 14 days after the settlement conference, the Parties shall submit a joint status report to the Court regarding the status of their settlement negotiations, whether the Parties anticipate being able to reach an early resolution of the case, and whether they request additional time to conduct their settlement discussions.  If the Parties conclude that they likely cannot reach an early resolution, the Parties shall confer in good faith to prepare a revised scheduling order and discovery schedule for submission to the Court

IT IS SO ORDERED.

1

| | |
|---|---|
| Dated | U.S. District Judge |