UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

July 27, 2021

MEMORANDUM TO COUNSEL RE:     Nanette Walls, et al. v. Sierra Pacific
                                                              Mortgage Co., Inc.
                                                              Civil Action No. GLR-19-595

Dear Counsel:

On June 4, 2021, the parties in this action filed a Joint Status Report indicating that settlement of all claims was reached at mediation on May 13, 2021. (ECF No. 43). In that filing, Plaintiffs indicated their intention to file a motion for preliminary approval of the settlement on or before June 25, 2021. To date, the Court has received no such filing.

The Court therefore directs Plaintiffs to FILE within fourteen (14) days of this Order either a motion for preliminary approval of settlement or a status report outlining the parties' efforts to resolve this action. Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

_____/s/_____
George L. Russell, III
United States District Judge