IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| NANNETTE WALLS, et al<br><br>*Plaintiffs*,<br><br>v.<br><br>**SIERRA PACIFIC MORTGAGE COMPANY, INC.**<br><br>*Defendant.* | Civil Action No.:1:19-cv-00595-GLR |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT OF ALL CLAIMS, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL FOR THE SETTLEMENT CLASS**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Nanette Walls, Patricia Cronin, William C. and Heller Batton, Gregory P. Dopkowski, Sr., Samuel and Beverly Patterson, Jr., Raheim and Syreeta Patterson, and Arnold N. and Lois Welsh, Jr., (collectively the "Plaintiffs"), by and through their attorneys, Michael Paul Smith and Melissa L. English of Smith, Gildea & Schmidt, LLC, and Timothy F. Maloney and Veronica B. Nannis of Joseph, Greenwald & Laake, P.A., hereby move this Court to preliminarily approve the class action settlement reached by the parties and embodied in the Settlement Agreement attached as Exhibit 1 to the accompanying Memorandum. The grounds for this Motion are set forth in the accompanying Memorandum and a proposed Order is provided with this Motion.

[SIGNATURES ON FOLLOWING PAGE]

Dated: August 10, 2021

                                                Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Timothy F. Maloney, Esq. #03381 | Michael Paul Smith, Esq. #23685 |
| Veronica B. Nannis, Esq. #15679 | Melissa L. English, Esq. #19864 |
| Joseph, Greenwald & Laake | Smith, Gildea & Schmidt, LLC |
| 6404 Ivy Lane, Suite 400 | 600 Washington Avenue, Suite 200 |
| Greenbelt, Maryland 20770 | Towson, MD 21204 |
| (301) 220-2200 / (301) 220-1214 (fax) | (410) 821-0070 / (410) 821-0071 (fax) |
| Email: tmaloney@jgllaw.com | Email: mpsmith@sgs-law.com |
| Email: vnannis@jgllaw.com | Email: menglish@sgs-law.com |
| *Co-Counsel for Plaintiff* | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

     I HEREBY certify that on this 10th day of August 2021, I served copies of the foregoing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum of Law and all Supporting Exhibits, and Proposed Order via this Court's CM/ECF system to counsel of record for the parties.

                                                          _____/s/_____
                                                      Melissa L. English, Esq, #19864