IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| NANNETTE WALLS, et al<br><br>*Plaintiffs*,<br><br>v.<br><br>**SIERRA PACIFIC MORTGAGE COMPANY, INC.**<br><br>*Defendant.* | Civil Action No.:1:19-cv-00595-GLR |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), the Court's Order Granting Preliminary Approval of Class Action Settlement of All Claims, Conditional Certification of Settlement Class, and Appointment of Class Representatives and Class Counsel for the Settlement Class (ECF No. 47), and the Court's October 29, 2021 Order (ECF No. 50), Plaintiffs and Class Representatives Nanette Walls, Thomas Scott (deceased)[1] and Patricia Cronin, William C. and Heller Batton, Gregory P. Dopkowski, Sr., Samuel and Beverly Patterson, Jr., Raheim and Syreeta Patterson, and Arnold N. and Lois Welsh, Jr. (collectively "Plaintiffs"), by and through undersigned Class Counsel, move for final approval of the Settlement Agreement previously filed as ECF No. 45, Ex. 1. Defendant Sierra Pacific Mortgage Company, Inc. ("Sierra Pacific") does not oppose this motion.

---

[1] Mr. Scott passed away in April 2021. Plaintiff Patricia Cronin, Mr. Scott's wife and co-borrower on the subject Sierra Pacific loan, filed the notation of death pursuant to Fed. R. Civ. P. 25(a)(2) on August 12, 2021. ECF No. 46

The Settlement meets all the requirements of Fed. R. Civ. P. 23: the Settlement Class meets all Rule 23(a) and (b)(3) requirements, the Settlement Agreement is fair and reasonable, provides substantial benefits to Settlement Class Members, and no Settlement Class member filed an objection or request for exclusion. Plaintiffs, therefore, respectfully request the Court grant final approval of the Settlement pursuant to Fed. R. Civ. P 23(e). The grounds for this Motion are set forth in more detail in the accompanying Memorandum and a proposed Order is submitted herewith.

Dated: December 23, 2021

                                                            Respectfully submitted,


_____/s/_____              _____/s/_____
Timothy F. Maloney, Esq. #03381                   Michael Paul Smith, Esq. #23685
Veronica B. Nannis, Esq. #15679                   Melissa L. English, Esq. #19864
Joseph, Greenwald & Laake                         Smith, Gildea & Schmidt, LLC
6404 Ivy Lane, Suite 400                          600 Washington Avenue, Suite 200
Greenbelt, Maryland 20770                         Towson, MD 21204
(301) 220-2200 / (301) 220-1214 (fax)             (410) 821-0070 / (410) 821-0071 (fax)
Email: tmaloney@jgllaw.com                        Email: mpsmith@sgs-law.com
Email: vnannis@jgllaw.com                         Email: menglish@sgs-law.com
*Co-Counsel for Plaintiff*                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 23rd day of December 2021, that copies of the foregoing Motion, accompanying Memorandum of Law, supporting Exhibits, and proposed Order were served via this Court's CM/ECF system to all counsel of record for the parties.

                                               _____/s/_____
                                               Melissa L. English, Esq, #19864