IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **NANNETTE WALLS, et al** *Plaintiffs*, v. **SIERRA PACIFIC MORTGAGE COMPANY, INC.** *Defendant.* | Civil Action No.:1:19-cv-00595-GLR |

**SETTLEMENT CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES, AND
CLASS REPRESENTATIVES' SERVICE AWARDS**

Pursuant to Federal Rules of Civil Procedure 23(e) and 54(d)(2) and 12 U.S.C. § 2607(d)(5), and this Court's Order Granting Preliminary Approval of Class Action Settlement of All Claims, Conditional Certification of Settlement Class, and Appointment of Class Representative and Class Counsel for the Settlement Class (ECF No. 47), Plaintiffs and Class Representatives Nanette Walls, Thomas Scott (deceased)[1] and Patricia Cronin, William C. and Heller Batton, Gregory P. Dopkowski, Sr., Samuel and Beverly Patterson, Jr., Raheim and Syreeta Patterson, and Arnold N. and Lois Welsh, Jr. (collectively "Plaintiffs"), by and through their undersigned Settlement Class Counsel, hereby submit this Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards.

---

[1] Mr. Scott passed away in April 2021. Plaintiff Patricia Cronin, Mr. Scott's wife and co-borrower on the subject Sierra Pacific loan, filed the notation of death pursuant to Fed. R. Civ. P. 25(a)(2) on August 12, 2021. ECF No. 46.

Per the Parties' Settlement Agreement, the Parties agreed that Plaintiffs' Counsel shall have the right to motion the Court, no later than thirty (30) days before the Final Fairness Hearing for an award of Class Counsel Fees and Expenses in an amount not to exceed two hundred seventy-five thousand ($275,000) dollars. The Parties also agreed that the Class Representative shall have the right to motion the Court for a Service Award not to exceed one thousand dollars ($1,000) per Class Representative or group of Class Representatives who are co-borrowers, and shall not exceed seven thousand dollars ($7,000) in total, for their participation in the litigation and settlement. If approved, the attorneys' fees, expenses, and Service Awards will be paid in addition to, and not out of, the Settlement Benefits paid by Defendant.

As detailed in the Memorandum of Law, which is adopted and incorporated herein by reference, the requested awards for attorneys' fees, expenses, and Service Awards are fair, reasonable, and should be granted.

WHEREFORE, Settlement Class Counsel and the Settlement Class Representatives request that this Court:

    A. Grant this Motion; and

    B. Enter an Order:

        1. Approving and awarding Settlement Class Counsel's attorneys' fees and expenses, in an amount if $275,000; and

        2. Approving and awarding to Class Representative Nannette Walls a Service Award in the amount of $1,000, Class Representative Patricia Cronin a Service Award in the amount of $1,000, Class Representatives William C. and Heller Batton a Service Award in the amount of $1,000,

    Class Representative Gregory P. Dopkowski, Sr., a Service Award in the amount of $1,000, Class Representatives Samuel and Beverly Patterson, Jr., a Service Award in the amount of $1,000, Class Representatives Raheim and Syreeta Patterson a Service Award in the amount of $1,000, and Class Representatives Arnold N. and Lois Welsh, Jr., a Service Award in the amount of $1,000; and

 C. For such other and further relief as this Court may require.

_____/s/_____
Timothy F. Maloney, Esq. #03381
Veronica B. Nannis, Esq. #15679
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / (301) 220-1214 (fax)
Email: tmaloney@jgllaw.com
Email: vnannis@jgllaw.com
*Co-Counsel for Plaintiff*

_____/s/_____
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
Email: menglish@sgs-law.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 23rd day of December 2021, I served copies of the foregoing Motion and accompanying Memorandum in Support of Settlement Class Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards via this Court's CM/ECF system to counsel of record for the parties.

                                                                         _____/s/_____
                                                                          Melissa L. English, Esq, #19864