IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| NANNETTE WALLS, et al<br><br>*Plaintiffs,*<br><br>v.<br><br>**SIERRA PACIFIC MORTGAGE COMPANY, INC.**<br><br>*Defendant.* | Civil Action No.:1:19-cv-00595-GLR |

### FINAL JUDGMENT RELATING TO CLAIMS ASSERTED AGAINST SIERRA PACIFIC MORTGAGE COMPANY, INC.

IT IS on this 24th day of January 2022, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58 AS FOLLOWS:

On January 24, 2022, this Court entered the following Orders:

1. Order Granting Final Approval of the Class Action Settlement.

2. Order Regarding Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Plaintiffs.

For the reasons stated in the above-referenced Orders, judgment is entered accordingly. This Litigation is hereby dismissed with prejudice.

The Clerk shall file this Final Judgment on the docket in this Litigation.

IT IS SO ORDERED.

By the Court:

_____
Hon. George L. Russell, III
United States District Judge

1